IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE SOTO VILLANUEVA, JOCELINE ORTIZ POLACO, ERIC NIEVES LÓPEZ AND CARMEN MALDONADO-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>LUNA CHICA, LLC AND ISLAND PORTFOLIO SERVICES, LLC,<br><br>Defendants. | CIV. NO.: 22-1417(SCC) |

**PARTIAL JUDGMENT**

In view of Plaintiffs' Notice of Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) at Docket No. 27, all claims against Luna Chica, LLC are hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of January 2023.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE